UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MONOTOR PETE** | **CIVIL ACTION** |
| **versus** | **NO. 08-4381** |
| **THE HONORABLE TIFFANY GAUTIER CHASE** | **SECTION: "I" (1)** |

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Monotor Pete, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Monotor Pete** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this _____8th_____ day of December, 2008.

   LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE